**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**George Stephen AGUILAR–CORREA,
aka El Grande, Defendant–
Appellant.**

**No. 90–10002.**

United States Court of Appeals,
Ninth Circuit.

May 29, 1992.

Before: BRUNETTI and RYMER, Circuit Judges, and WILSON,* District Judge.

### ORDER

Appellee's petition for rehearing is denied. The order filed January 9, 1992, 953 F.2d 558, (9th Cir.) is withdrawn. The mandate shall issue forthwith.

* The Honorable Stephen V. Wilson, United States District Judge for the Central District of California, sitting by designation.